**Order entered April 6, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01558-CV

### YA QIN TONG AND STEPHEN CHU, Appellants

### V.

### NATIONSTAR MORTGAGE LLC, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04255-2015**

### ORDER

Before the Court is appellants' April 2, 2020 unopposed second motion for an extension of time to file their opening brief. We **GRANT** the motion and extend the time to **April 20, 2020**.

/s/     BILL WHITEHILL
        JUSTICE